# UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

UNITED STATES OF AMERICA,
    PLAINTIFF,

vs.          Case No. 20-mj-5092-ADM

JEFFREY D. PIERCE,
    DEFENDANT.

## CRIMINAL COMPLAINT

I, Detective Justin Broxterman, the undersigned complainant, being duly sworn, state that there is probable cause to believe the following violations of federal law have been committed:

### COUNT I
### (A)(A SEXUAL EXPLOITATION OF A CHILD
### (PRODUCTION OF CHILD PORNOGRAPHY)

On or about March 10, 2020, in the District of Kansas, the defendant,

**JEFFREY D. PIERCE**

did knowingly employ, use, persuade, induce, entice, or coerce any minor, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct using materials that have been mailed, shipped, and transported in an affecting interstate and foreign commerce by any

1

means, including by computer, and the visual depiction was transported using any means and facility of interstate and foreign commerce including by computer. This was in violation of Title 18, United State Code, § 2251(a), with reference to Title 18 United States Code, § 2251(e).

### COUNT 2
### SEXUAL EXPLOITATION OF A CHILD
### (PRODUCTION OF CHILD PORNOGRAPHY)

On or about March 14, 2020, in the District of Kansas, the defendant,

**JEFFREY D. PIERCE**

did knowingly employ, use, persuade, induce, entice, or coerce any minor, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct using materials that have been mailed, shipped, and transported in an affecting interstate and foreign commerce by any means, including by computer, and the visual depiction was transported using any means and facility of interstate and foreign commerce including by computer. This was in violation of Title 18, United State Code, § 2251(a), with reference to Title 18 United States Code, § 2251(e).

### COUNT 3
### SEXUAL EXPLOITATION OF A CHILD
### (POSSESSION OF CHILD PORNOGRAPHY)

On or about September 2, 2020, in the District of Kansas, the defendant

**JEFFREY D. PIERCE**

2

did knowingly possess and knowingly access with intent to view at least one (1) matter which contained any visual depiction of minors that had been shipped and transported using any means and facility of interstate and foreign commerce, including by computer and was produced using materials which had been mailed and shipped and transported using any means and facility of interstate and foreign commerce and the production of such visual depictions involved the use of minors engaging in sexually explicit conduct as defined in Title 18, United States Code, § 2256, and such visual depictions were of such conduct. This was in violation of Title 18, United State Code, § 2252(a)(4)(B), with reference to Title 18 United States Code, § 2252(b)(2).

**WHEREFORE**, I respectfully request that an arrest warrant be issued authorizing the arrest of **JEFFREY D. PIERCE** for the aforementioned violations.

Respectfully submitted,

JUSTIN BROXTERMAN
DETECTIVE/ TFO, TPD/FBI

The foregoing subscribed and sworn to before me by telephone on this __2nd__ day of September, 2020, in accordance with Federal Rule of Criminal Procedure 4.1(b)(1).

HON. ANGEL D. MITCHELL
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF KANSAS

3

_____

# UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

**UNITED STATES OF AMERICA,**
                **PLAINTIFF,**

vs.                                  **Case No. 20-mj-5092-ADM**

**JEFFREY D. PIERCE,**
                **DEFENDANT.**

## PENALTIES

**Count 1 and 2:   18 U.S.C. § § 2251(a) & 2251(e)**

- NLT than 15 years and NMT than 30 years imprisonment
- NMT $250,000 fine
- NLT 5 years and NMT Life supervised release
- Restitution
- NMT $35,000 child pornography assessment
- $5,000 JVTA assessment (pursuant to 18 U.S.C. 3014(a)(3))
- $100 special assessment fee

If the defendant has a prior conviction relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward:

- NLT 25 years and NMT 50 years imprisonment
- NMT $250,000 fine
- NLT 5 years and NMT Life supervised release
- Restitution
- NMT $35,000 child pornography assessment
- $5,000 JVTA assessment (pursuant to 18 U.S.C. 3014(a)(3))
- $100 special assessment fee

1

If the defendant has two or more prior convictions relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward:

- NLT 35 years and NMT Life
- NMT $250,000 fine
- NLT 5 years and NMT Life supervised release
- Restitution
- NMT $35,000 child pornography assessment
- $5,000 JVTA assessment (pursuant to 18 U.S.C. 3014(a)(3))
- $100 special assessment fee

**Count 3:**   **18 U.S.C. § § 2252(a)(4)(B) & 2252(b)(2)**

- NMT 10 years imprisonment
- NMT $250,000 fine
- NLT 5 years and NMT Life supervised release
- Restitution
- NMT $17,000 child pornography assessment
- $5,000 JVTA assessment (pursuant to 18 U.S.C. 3014(a)(3))
- $100 special assessment fee

If the defendant is found to have possessed any matter that involved prepubescent minors or minors who have not attained 12 years of age the penalties are:

- NMT 20 years imprisonment
- NMT $250,000 fine
- NLT 5 years and NMT Life supervised release
- Restitution
- NMT $17,000 child pornography assessment
- $5,000 JVTA assessment (pursuant to 18 U.S.C. 3014(a)(3))
- $100 special assessment fee

If the defendant has a prior conviction relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward:

- NLT 10 years and NMT 20 years imprisonment
- NMT $250,000 fine
- NLT 5 years and NMT Life supervised release

2

- Restitution
- NMT $17,000 child pornography assessment
- $5,000 JVTA assessment (pursuant to 18 U.S.C. 3014(a)(3))
- $100 special assessment fee

Stephen A. Hunting, #21648
Assistant United States Attorney