# Government Exhibit 12

## Sworn Affidavit of Detective Patrick Ladd

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,         :

          v.         :         <u>20-CR-40068-HLT-ADM</u>

JEFFREY PIERCE,         :

<u>AFFIDAVIT IN SUPPORT OF MOTION TO SUPPRESS
SUBMITTED BY DETECTIVE PATRICK LADD</u>

Detective Patrick Ladd, being duly sworn, based on information and belief, deposes and states:

I have been employed by the Topeka Police Department for 22 years. In this time, I have been assigned to various roles and units, including: Patrol, Anti-Crime Unit, Helicopter Unit, Narcotics Unit, Kansas Intelligence Fusion Center, Detective and Mobile Device Examiner. I have also served as a Task Force Officer for the FBI.

I have a bachelor's degree in Criminal Justice from Washburn University. I have undergone countless trainings and seminars for all my positions held, including as a Mobile Device Examiner. Some of these trainings include: Cellebrite Universal Forensic Extraction Device (UFED) Mobile Device Examiner Course/Certification, Cellebrite Universal Forensic Extraction Device (UFED) Physical Examiners Course, Cellebrite Premium Introduction Training Course, Smartphone Forensics and Cellular Telephone Technology Certification, Mobile Device Repair and JTAG Forensics, In-System Programming (ISP) for Mobile Device Forensics, Chip-Off Forensics and Unlocking and Examining iOS Phones: an End-to-End Forensic Examination with Grayshift. I am active in several forensic examination forums, including Physical and RAW Mobile Forensics Group and Mobile Device Forensics and Analysis. I monitor and contribute to these forums by monitoring new trends, extraction techniques and by offering input and speaking of my own experiences.

1

I started performing cellular phone examinations in 2009 while being assigned to the Narcotics Unit. During this time, I was also assigned to the Federal Bureau of Investigation. In 2015, I was assigned as a full-time cellular phone examiner. Since 2009, I have completed over 1000 cellular phone examinations. I have utilized a variety of forensic tools in performing these examinations. In 2018, I started using the forensic tool GreyKey created by the company GreyShift. As noted on GreyShift's website, GrayKey, is a state-of-the-art forensic access tool, that extracts encrypted or inaccessible data from mobile devices. Access to this forensic tool is restricted to local, state, and federal law enforcement, public safety, and defense agencies in select countries.

I have performed approximately 250 GreyKey examinations on Apple iPhones. If an iPhone is passcode protected and I am provided the passcode from the submitting law enforcement agency, I input the code and then connect the iPhone to the GreyKey device. The GreyKey device will then extract information from the iPhone.

If I do not have the passcode for a passcode protected iPhone, I am still able to obtain data off the device using GreyKey. I can do this in one of two ways. The first way is by connecting the iPhone to GreyKey whereby the tool removes the Apple security feature bypassing the need for a passcode. This method provides me with approximately 95% of the content on the device. I can obtain pictures and messages on the iPhone, but not e-mails along with a few other items. The second way is by having the GreyKey device perform a brute force attack on the iPhone. A brute force attack, also known as an exhaustive search, occurs when the GreyKey device enters all possible passcodes into an iPhone. Once the correct passcode is entered, I extract the information from the device just as I would, had I been originally provided with the passcode.

Generally, iPhone users utilize a 4-digit passcode, 6-digit passcode or a combination of numbers and letters passcode on their devices. The longer or more difficult a passcode is, the more combinations will need to be tested. I have been successful in obtaining electronic information from an iPhone when the user utilizes a 4-digit passcode as there is a limited number of combinations the passcode can be. It has taken me approximately 6 weeks to exhaust all possible 4-digit passcodes and extract the information from an iPhone in this manner.

After obtaining the data from GreyKey, I input the data into a second forensic tool called Cellebrite Physical Analyzer. Cellebrite Physical Analyzer parses the information into different categories. I then turn all the extracted data over to the law enforcement agency that submitted the cellular phone to me.

In this investigation, I was provided an iPhone XS Max and an iPhone 7 from TFO Christopher Moore. I was also provided with the passcode 1116 for the phones. I entered the passcodes to the iPhones, connected the iPhones to the GreyKey device, and extracted electronic data from the phones. I then input the extracted data into Cellebrite Physical Analyzer to parse the collected electronic data. I turned the extracted information as well as a Cellebrite reader report containing the parsed data over to TFO Justin Broxterman.

In the event I was not provided with the passcodes to the iPhones, I would have utilized the above methods to obtain the data on the devices. I am 100% confident that I would have been able to obtain the data on the iPhones using a brute force attack as both phones in this case utilized a 4-digit passcode. I have done this successfully many times.

In some cases, I am provided with passcodes to try by the submitting law enforcement agency. In this case, had I not been provided with the passcodes, but the submitting law enforcement agency provided me with numbers to try, I would have attempted to input those numbers into the iPhones.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED: February 17th, 2021.

_____
Patrick Ladd, Detective