IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

JEFFREY PIERCE,

       Defendant.

Case No.: 20-CR-40068-HLT-ADM

AFFIDAVIT OF MICHELE BUSH

I, MICHELE BUSH, hereby declare as follows:

I am a digital forensics expert at Loehrs Forensics, LLC, (formerly Loehrs & Associates, LLC) a firm specializing in digital forensics, located at 1505 North Central Avenue, Suite 111, Phoenix, Arizona 85004. I am competent to testify and the matters contained herein are based on my own personal knowledge.

I hold a Bachelor of Science in Psychology from the University of Arizona and Associate Degrees in Arts and Science from Pima Community College. I have completed extensive forensics training including courses with Guidance Software, Cellebrite, Access Data, and the Information Assurance Certification Review Board. To qualify for forensic training and certifications I was subjected to numerous background checks, assessments, written tests, and practical exams simulating real investigations. As a result of my collective training and testing, I hold vendor-neutral certifications including Certified Computer Examiner (CCE) and Certified Computer Forensics Examiner (CCFE), as well as vendor-specific certifications including Certified Mobile Forensics Examiner (CMFE), Certified Cellebrite Operator (CCO), Certified Cellebrite Physical Analyst (CCPA), EnCase Certified Examiner (EnCE), and Access Data Certified Examiner (ACE). In addition, I hold a Private Investigator license in the State of Arizona.

I am a member of the International Society of Computer Forensic Examiners (ISCFE) and the Scientific Working Group on Digital Evidence (SWGDE). ISCFE is an internationally recognized private organization that conducts research and development into emerging technologies and methods in the science of computer forensics. Members are only admitted upon passing the uncompromised Certified Computer Examiner certification process for the competency and ethical standards for forensic computer examiners. SWGDE is a non-profit organization consisting of a maximum of 100 members from law enforcement, academic, and commercial organizations actively engaged in the field of digital forensics to develop cross-disciplinary guidelines and standards for the recovery, preservation, and examination of digital evidence. Members are only admitted in a majority vote by the committee.

AFFIDAVIT OF MICHELE BUSH - 1

1    I have conducted hundreds of forensics exams on thousands of electronic evidence items of varying types and

2    testified 18 times in state and federal court throughout the country.  A copy of my Curriculum Vitae is attached as

3    Exhibit A.

4    I have been retained as a digital forensics expert consultant by Christopher Joseph, counsel for Defendant Jeffrey

5    Pierce, for the purpose of assisting with matters related to the electronic evidence in this matter. Specifically, I have

6    been asked to opine on the accuracy of statements made by the Government regarding the techniques and software

7    used to access and acquire electronic evidence seized.

8    The statements contained in this affidavit are based on, in part: information provided by counsel for Defendant;

9    discovery including, but not limited to, the Application and Search Warrant for Case No 20-mj-5089 ADM,  GrayKey

10   Progress Reports, Affidavit of Detective Patrick Ladd dated February 17, 2021, Affidavit of TFO Christopher Moore

11   dated February 17, 2021, Affidavit of TFO Justin Broxterman dated February 24, 2021, and the September 2, 2020

12   interview of Defendant Jeffrey Pierce; my independent forensic analysis of the electronic evidence seized; and my

13   experience, training and background as a certified forensics examiner.

14   I understand from my review of the discovery in this case that upon executing a search warrant for electronic

15   evidence on Defendant's residence, vehicle, and person, two passcode protected Apple iPhones were seized: an

16   iPhone XS Max and an iPhone 5s (inaccurately referred to by the Government as the "iPhone 7"). Law enforcement

17   subsequently unlocked the phones using a four-digit passcode provided during the execution of the search warrant

18   and analyzed the contents of those devices.

19   Prior to examining law enforcement's access to the evidence seized in this case, it is imperative to understand

20   the security features of Apple iOS devices. I know from training and experience that Apple iOS devices (e.g. iPhones

21   and iPads) have two essential layers of protection. The first layer is hardware encryption which, by default,

22   cryptographically protects all allocated and unallocated data stored in memory making it indecipherable to any third-

23   party software or hardware. This is significant because by no means could law enforcement have analyzed the data

24   on the devices by accessing the physical memory chip installed, known as JTAG or chip-off forensics.

25   The second layer of protection is file system encryption, known as Data Protection. Data Protection is

26   independent of the hardware protection and adds a second layer of encryption to the data maintained by the operating

27   system such as system data, application data, and user saved files. To enable Data Protection users can create a

28   numerical passcode of four, six, or a custom number of digits, or users can create an alphanumeric passcode. This

AFFIDAVIT OF MICHELE BUSH - 2

passcode prevents unauthorized access through the graphical user interface and by third-party hardware and software. Beginning in 2013, Apple introduced biometric options to optimize the performance by adding fingerprints, known as TouchID, and facial recognition, known as FaceID, to unlock the screen and installed applications. Although the biometric options allow a user to unlock the graphical user interface and decrypt the file system of the phone, it still requires a passcode. This is because Apple devices operate in two modes: Before First Unlock and After First Unlock.

Before First Unlock (BFU) is a secured state the phone enters immediately after restarting and prior to being unlocked for the first time. In this state the file system encryption key is unavailable so the data remains encrypted and only limited data can be accessed by a user or software including partial system data and any notifications displayed on the lock screen. Most importantly, an iOS device in BFU mode cannot be unlocked using biometrics and requires the passcode. Therefore, if an Apple iOS device is recovered in BFU mode, without the passcode forensic software is estimated to only extract about ten (10) percent of the data excluding most application and user data.

After First Unlock (AFU) is an unencrypted state the device enters after the phone has been unlocked for the first time since being powered on. In this state the file system encryption key is stored in RAM allowing third-party hardware and software to extract the decrypted data. An iOS device in AFU mode can also be unlocked using biometrics and does not require the passcode. Forensic software is estimated to extract ninety-five (95) percent of the data from Apple iOS device in AFU mode.

To better understand what options were available to law enforcement when analyzing these devices, it is important to identify the state in which the Apple iPhones were seized from Defendant; however, the Government's discovery is void of any photos or videos depicting the state of the devices. However, TFO Moore states in his affidavit that when he "attempted to swipe up on Pierce's iPhone… the phone immediately prompted me to enter a 4-digit passcode" and concluded that the "facial recognition feature was not activated". Based on this description of the device's behavior, it is also possible the phone was in BFU mode because even if FaceID was enabled, it would still require the user to enter the passcode before decrypting the data and entering AFU mode.

Detective Ladd's affidavit then states "if I do not have the passcode for a passcode protected iPhone, I am still able to obtain data off the device using GreyKey [sic]… in one of two ways. The first way is by connecting the iPhone to GreyKey [sic] whereby the tool removes the Apple security feature by passing the need for a passcode." My training has taught me that this option is only successful if the device were in AFU mode because the encryption

AFFIDAVIT OF MICHELE BUSH - 3

key can be obtained from RAM. Detective Ladd's affidavit fails to explain what, if any, effect BFU mode has on GrayKey's ability to "pass the need for a passcode". Regardless, the GrayKey features described by Detective Ladd defy the abilities of publicly available forensic tools.

The second way described by Detective Ladd to obtain data from the phone is "by having the GreyKey [sic] device perform a brute force attack on the iPhone." Brute force refers to software attempting all possible combinations of a password which can take thousands of years depending on its complexity. In this case, law enforcement identified the passcode of the Apple devices as a numerical four-digit passcode which allows for 10,000 possible combinations. Detective Ladd explains these combinations can be easily cracked using brute force software attacks. However, Detective Ladd failed to explain in his affidavit that (1) Apple iOS devices can be permanently disabled or factory reset after ten failed passcode attempts, and (2) that iOS version 10.3 and newer include an added security feature using Secure Element that restricts brute force attacks to approximately 100 passcodes per day. According to the configuration file located at *private/var/installd/Library/MobileInstallation/LastBuildInfo.plist* on the iPhone Xs Max and iPhone 5s, both devices were installed with iOS versions after 10.3 indicating this security feature was enabled.

Despite the security features enabled on the Apple devices seized from Defendant, Detective Ladd avows he is "100% confident that (he) would have been able to obtain the data on the iPhones". Based on my training and experience as a Certified Mobile Forensics Examiner and Certified Cellebrite Physical Analyst, I know that the industry leading mobile forensic tools available to the private sector including Cellebrite and Oxygen would not have been able to extract the same data obtained by the Government without the passcode. Rather, Cellebrite and Oxygen advertise that only limited system data (i.e Partial File System) can be extracted from an iOS device without knowing the passcode. Reference materials from these publicly available tools is attached as Exhibit B. For that reason, the Government heavily relies upon capabilities specific to the GrayKey tool as an explanation as to how they would be able to access the evidence.

GrayKey was developed by a private corporation, GrayShift, and funded by private companies, Peak Equity Partners and Croft & Bender Capital, to find vulnerabilities in iOS and Android security to bypass encryption and extract legible data. Despite being a private organization, the GrayKey hardware and software is available exclusively to law enforcement agencies. However, throughout my work on these cases, various state and federal law enforcement agencies have provided the defense with GrayKey reports. I understand these reports are generated

AFFIDAVIT OF MICHELE BUSH - 4

when GrayKey is used to extract data from a mobile device and detail the target device specifications and log all extraction events. In this case, GrayKey version 1.6.7.9 was used to extract data from the iPhone Xs Max and the iPhone 5s resulting in the automatic generation of two corresponding reports.

I know from reviewing numerous GrayKey reports that when the passcode to a device is known and used to unlock the device, the Event Log reports often reports "target device unlocked" and no unlock mechanism or lock state is reported. A redacted example report is attached as Exhibit C.  If law enforcement had the four-digit passcode to Defendant's iPhone XS Max and iPhone 5s, I would have expected the GrayKey reports to also indicate "target device unlocked" and no lock state or unlock mechanism identified. However, both GrayKey reports produced by the Government lists the "Passcode (or unlock mechanism)" as "Escrow Unlock".

Traditionally, escrow was developed by Apple for the purpose of creating a key between an iOS device and a trusted computer to allow seamless backups and syncing through iTunes without having to continuously unlock the device. This suggests the GrayKey hardware may have been added as a trusted device to Defendant's iPhones, but I am unable to confirm this, determine how escrow was used to unlock device, or what significance, if any, there is to the defense.

The GrayKey reports in this case also indicate both devices were in AFU lock state when the data was extracted. According to his affidavit, TFO Moore first describes behaviors of the phone consistent with them being in BFU mode. Only after identifying the iPhones which have biometric capabilities still required a passcode, TFO Moore "asked Pierce to type in the passcode" to which Pierce complied. This action would have caused the devices to switch from the encrypted BFU lock state to the more vulnerable AFU lock state, ensuring law enforcement's chances to obtain the contents of the phone.

In summary, it behooves forensic examiners to recover an iOS device in AFU or an unlocked state because only then can publicly available forensic software tools obtain the decrypted data. The Government has not specifically identified which state the phones were in when recovered by law enforcement, but evidence suggests they were in the BFU encrypted state that would have required a passcode even with biometrics enabled. The only tool identified and relied upon by the Government with the ability to circumvent the passcode is GrayKey.

GrayKey advertises being able to successfully hack the Data Protection feature of iOS devices but is only available to law enforcement and is extremely protective of their operations. As such, I have not had an opportunity to review, research, operate, or test GrayKey and cannot confidently substantiate the veracity of the Government's

AFFIDAVIT OF MICHELE BUSH - 5

1   statements regarding the abilities and features of this tool. Testing GrayKey in a controlled environment is especially

2   important because when executed during an investigation little information is often known about the suspect device

3   and the tool is hacking the security features of iOS as an unauthorized user. Therefore, law enforcement relies entirely

4   on the accuracy of the information reported and nothing has been produced identifying what adverse effects GrayKey

5   may have on the integrity of the evidence as a result of the hack. Testing also provides analysts and developers the

6   ability to control the suspect device to gain a deeper understanding of the significance and accuracy of the information

7   reported by GrayKey.

8       For all the reasons stated above, and under general scientific principles, it is material to the defense to determine

9   what limitations, vulnerabilities, and features existed in GrayKey version 1.6.7.9, how law enforcement used

10  GrayKey to gain access to the evidence through "escrow", and the likelihood GrayKey could extract the same data

11  using passcode banks and brute force attacks as described by the Government. Independent testing of the GrayKey

12  software and hardware would require the disclosure of the following: (a) All technical manuals and change logs

13  specific to version 1.6.7.9 to efficiently operate the tool and better understand the product and its uses; (b) Licensed

14  GrayKey hardware and cables used to mount the iOS device and extract data; (c) Licensed and installable copy of

15  any associated GrayKey software applications required to access data extracted by the GrayKey hardware; and (d)

16  Member access to any web portals hosted by GrayShift in connection to GrayKey including a Grayshift SSO Account

17  as advertised on their website to "access critical resources for success" and any additional information generated by

18  the software and hardware during the extraction process.

19      I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

21      DATED March 12, 2021.

23                                                      MICHELE BUSH

25      SUBSCRIBED AND SWORN to before me this 12 day of March 2021.

28                                                      NOTARY PUBLIC



AFFIDAVIT OF MICHELE BUSH - 6

# EXHIBIT A

20-CR-40068-HLT-ADM

AFFIDAVIT OF MICHELE BUSH

*Curriculum Vitae of Michele Bush*

*Curriculum Vitae*

# MICHELE**BUSH**



1505 North Central Avenue, Suite 111 | Phoenix, Arizona 85004
Ofc: 602 313 0976 | Email: MB@LoehrsForensics.com

EDUCATION
Pima Community College
    Associates of Arts Liberal Arts
    Associates of Science
    Arizona General Education Curriculum Liberal Arts and Science

University of Arizona
    Bachelor of Science in Psychology, emphasis on Criminal Justice

CERTIFICATIONS AND LICENSES
2011 | Licensed Private Investigator, AZ Department of Public Safety, License No. 1616944
2013 | AccessData Certified Examiner (ACE), Access Data (*Lapsed 2019*)
2013 | EnCase Certified Examiner (EnCE), OpenText, formerly known as Guidance Software
2016 | Certified Computer Examiner (CCE), International Society of Forensic Computer Examiners
2018 | Certified Computer Forensics Examiner (CCFE), Information Assurance Certification Review Board
2018 | Certified Mobile Forensics Examiner (CMFE), Information Assurance Certification Review Board
2020 | Certified Cellebrite Operator (CCO), Cellebrite
2020 | Certified Cellebrite Physical Analyst (CCPA), Cellebrite

SPECIALIZED TRAINING
Tips and Tricks from Guidance Technical Support
Forensic Tracking of USB Devices
Custom Analysis with EnCase 7
What's New In Windows Forensics
Preparing for Cyber Battle
Timeline Analysis with EnCase
iOS Forensics – A Comprehensive Approach
Mac OS X Lion Forensics Update
Revealing Windows 7 Artifacts
EnCE Last Minute Review v6
A Forensic Look at Windows 8 Immersive Applications: What's Behind the Tiles
Smart Device App Analysis
Forensic Implication of Windows 8 PC Refresh
Windows 8 File History Artifacts
Ares and LimeWire Pro Peer to Peer File Sharing Software Analysis
Mac OS X Delving a Little Deeper
Vehicle Systems Forensics
How to Catch an Insider Data Thief
Forensic Testimony in Court
Ubiquity Forensics – Your iCloud and You
Searching in EnCase 8 with EQL
Digital Evidence from Social Networking Sites & Smartphone Apps
Digital Forensic Child Exploitation Investigations
Smartphones: The Nexus of Evidentiary Data from Social Media to IoT
How Artificial Intelligence is Becoming a Crucial Tool for Next Generation Law Enforcement
Axcelerate in Action: Email Investigation Methods with Hillary Clinton's FOIA Release
Jurisdiction in Cyberspace: A Question of Conflict of Laws?
Damaged Device Forensics Complimentary
Memory Forensics - Hunting Malware
Autopsy Basics and Hands On

PROFESSIONAL EXPERIENCE
**Digital Forensics Examiner**
Loehrs Forensics, LLC. (Formerly Loehrs & Associates, Inc.)

Computer forensics services, particularly pertaining to legal evidence, including forensic acquisitions of digital
artifacts including computers, cell phones, removable storage media, digital cameras, gaming consoles, etc.; data

*Curriculum Vitae*

# MICHELE**BUSH**



1505 North Central Avenue, Suite 111 | Phoenix, Arizona 85004
Ofc: 602 313 0976 | Email: MB@LoehrsForensics.com

collection and recovery from allocated and unallocated space; data analysis and conclusions regarding who, what, when, where and how data came to be on an artifact; and detailed reporting of conclusions and analysis.

| | |
|---|---|
| PROFESSIONAL MEMBERSHIPS | *International Society of Forensic Computer Examiners (ISFCE)* |

The ISFCE is an internationally recognized organization that has certified over 1700 individuals across 28 countries. Accessible to candidates worldwide, the CCE has become widely accepted as a prerequisite certification for forensic examiners, recognized by industry professionals and academic institutions alike. The CCE certification is widely considered to be the most prestigious non-vendor specific forensic certification available.

*National Association of Public Defense (NAPD)*
Organizational Membership
The National Association for Public Defense (NAPD) engages all public defense professionals into a clear and focused voice to address the systemic failure to provide the constitutional right to counsel, and to collaborate with diverse partners for solutions that bring meaningful access to justice for poor people. NAPD currently unites nearly 7,000 practitioner-members across the country into a cohesive, unwavering, irrepressible community capable of bringing justice to a broken system.

*Scientific Working Group on Digital Evidence*
Forensic Committee Member
Formed in 1998, the Scientific Working Group on Digital Evidence brings together organizations actively engaged in the field of digital and multimedia evidence to foster communication and cooperation as well as ensuring quality and consistency within the forensic community.

TESTIFYING EXPERIENCE

Hearing: USDC, Northern District of Texas
Child Sexual Exploitation
Attorney: Scott Palmer, Scott H. Palmer, P.C.
Case No. 3:19-cr-00296-L

Hearing: USDC, Western District of Tennessee
Child Sexual Exploitation
Attorney: Taurus Bailey, The Walter Bailey Law Firm
Case No. 1:19-cr-10018-JDB

Hearing: USDC, District of Arizona
Child Sexual Exploitation
Attorney: Susan Anderson, Federal Public Defender
Case No. CR-18-08040

Hearing: USDC, District of Arizona
Child Sexual Exploitation
Attorney: Susan Anderson, Federal Public Defender
Case No. CR-18-08040

Hearing: USDC, District of Arizona
Child Sexual Exploitation
Attorney: Zach Storrs, Storrs Law Firm, PLLC
Case No. CR17-01311-001 PHX

Hearing: North Central Judicial District Court of Ward County, North Dakota
Child Sexual Exploitation
Attorney: Phil Becher
Case No. 51-2017-CR-01195

*Curriculum Vitae*

## MICHELE**BUSH**



1505 North Central Avenue, Suite 111 | Phoenix, Arizona 85004
Ofc: 602 313 0976 | Email: MB@LoehrsForensics.com

Hearing: USDC, District of Arizona
Child Sexual Exploitation
Attorney: Susan Anderson, Federal Public Defender
Case No. CR-18-08040

Hearing: Lorain County Court of Common Pleas, Ohio
Child Sexual Exploitation
Attorney: Brett Murner, Attorney at Law
Case No. 18CR098381

Hearing: 19th Judicial District Court, East Baton Rouge
Child Sexual Exploitation
Attorney: Kate Hatheway, East Baton Rouge Office of the Public Defender
Case No. 3:19-mj-04025-FLG

Hearing: Circuit Court of Madison County, Illinois
Child Sexual Exploitation
Attorney: Joe Flees, Frank, Juengel & Radefeld, Attorneys at Law P.C.
Case No. 2017-CF-000317

Hearing: Circuit Court of St. Louis County, Missouri
Child Sexual Exploitation
Attorney: Joe Flees, Frank, Juengel & Radefeld, Attorneys at Law P.C.
Case No. 17SL-CR00755

Hearing: USDC, District of Kansas
Child Sexual Exploitation
Attorney: Trevor Riddle, Monnat & Spurrier, Chartered
Case No. 6:17-cr-10088-EFM

Hearing: Los Angeles County Superior Court, California
Homicide
Attorney: David Evans, Attorney at Law
Case No. VA 128849

Hearing:  USDC, Eastern District of Missouri
Child Sexual Exploitation
Attorney: Joe Flees, Frank, Juengel & Radefeld, Attorneys at Law P.C.
Case No. 4:16CR374 JAR/PLC

Hearing: USDC, District of Kansas
Child Sexual Exploitation
Attorney: Chekasha Ramsey, Federal Public Defender
Case No. 15-20048-01-JAR-TJJ

Trial: 20th Judicial Circuit Court, Florida
Child Sexual Exploitation
Attorney: Ryan Downey, Public Defender
Case No. 15-CF-014152

Hearing: Lancaster County Court of Common Pleas, Pennsylvania
Sexual Abuse of Children
Attorney: Adam Bompadre, Ciccarelli Law Office

*Curriculum Vitae*

# MICHELE**BUSH**



1505 North Central Avenue, Suite 111 | Phoenix, Arizona 85004
Ofc: 602 313 0976 | Email: MB@LoehrsForensics.com

Case No. CR-0000336-2015

Hearing: Maricopa County Superior Court, Arizona
Narcotic Drug Violation
Attorney: Scott Ewing , Attorney at Law
Case No. CR-2013003645

PRESENTATIONS    February, 2020: Speaker
DM Cantor
*Digital Forensics*
Phoenix, Arizona

May, 2019: Speaker
Mayes Telles Attorneys
*Digital Forensics*
Phoenix, Arizona

April, 2019: Speaker
Kansas City Federal Public Defender
*Digital Forensics*
Lawrence, Kansas

August, 2018: Speaker
Las Vegas Federal Public Defender
*Digital Forensics*
Las Vegas, Nevada

April, 2017: Speaker
Canyon Del Oro High School
*Computer Forensics*
Tucson, Arizona

November, 2016: Speaker
Salpointe Catholic High School
*Digital Citizenship, Safety, Legal Responsibilities and Rights*
Tucson, Arizona

July, 2016: Speaker
National Association for Public Defense
*Are Law Enforcement's Online Investigations Violating the 4th Amendment?*
National Webinar

July, 2016: Speaker
National Association for Public Defense
*How to Know When Digital Evidence has been Manipulated or Fabricated*
National Webinar

May, 2016: Speaker
Association of Certified Fraud Examiners
*Computer Forensics & Fraud*
Albuquerque, New Mexico

March, 2016: Speaker

MICHELE**BUSH**

1505 North Central Avenue, Suite 111 | Phoenix, Arizona 85004
Ofc: 602 313 0976 | Email: MB@LoehrsForensics.com

LOEHRS
f o r e n s i c s

Salpointe Catholic High School
*Computer Forensics 101*
Tucson, Arizona

September, 2015: Speaker
Arizona Information Defenders
*Computer Forensics*
Tucson, Arizona

September, 2015: Speaker
Association of Certified Fraud Examiners
*Computer Forensics & Fraud*
Tucson, Arizona

May, 2015: Speaker
Amphitheater High School
*Computer Forensics 101*
Tucson, Arizona

March, 2014: Speaker
Office of the Public Defender
*Computer Forensics*
San Francisco, California

# EXHIBIT B

20-CR-40068-HLT-ADM

AFFIDAVIT OF MICHELE BUSH

*Public Forensic Tools Reference Materials*

(https://www.cellebrite.com/en)



BLOG

HOME (HTTPS://WWW.CELLEBRITE.COM/EN) / BLOG (HTTPS://WWW.CELLEBRITE.COM/EN/BLOG/) / A PRACTICAL GUIDE TO CHECKM8

A Practical Guide to checkm8

Roey Arato (https://www.cellebrite.com/en/author/royarato/), UFED Product Manager at Cellebrite

| Share 0 | Tweet | in Share | Email (mailto:?subject=Check out this post found on Cellebrite.com&body=https://www.cellebrite.com/en/a-practical-guide-to-checkm8/) |

It's been almost three and a half months since independent researcher axi0mX has made public the groundbreaking "checkm8 (https://www.cellebrite.com/en/productupdates/ufed-ufed-physical-analyzer-ufed-logical-analyzer-and-cellebrite-reader-7-28/)" exploit. Our recent blog, "iOS Breakthrough Enables Lawful Access for Full File System Extraction (https://www.cellebrite.com/en/blog/ios-breakthrough-enables-lawful-access-for-full-file-system-extraction/)", provided an introduction to the basics. In this blog, we'll focus on the digital forensic use of checkm8 and introduce the first **comprehensive** implementation of the exploit in the digital intelligence world, provided in the Cellebrite UFED solution.

### How Digital Intelligence Currently Uses checkm8 and checkra1n

Below is detailed information about the cookies we and our third party providers use. You can control the use of cookies through this tool (https://www.cellebrite.com/en/cookies/). To learn more, read our Privacy Policy (https://www.cellebrite.com/en/legal/privacy/).

OK

The first use of checkm8 in digital intelligence started shortly after November 10th, when a group of researchers released the first jailbreak to utilize the checkm8 exploit, named *checkra1n*. This new jailbreak was quickly adopted and used by examiners to get file system extractions from 'jailbroken' iOS devices.

To use checkra1n, some devices required the installation of additional services, such as Cydia or AFC2 (Apple File Conduit 2), while others worked directly using SSH protocol. checkra1n was a great achievement however its introduction had little impact on the majority of examiners for the main three reasons:

+

(https://www.cellebrite.com/en)

1. Jailbreak-based methods are considered to be 'less' forensically sound

2. The examiner needed a macOS workstation to apply the 3rd party checkra1n tool

3. Under the time-sensitive schedule of the examiner, the multi-stage (and sometimes error-prone) process made it less appealing

**UFED 7.28 Allows checkm8 To Do Full File System Extractions**

In order to benefit from the checkm8 exploit, typical examiners expect an easy-to-use, all-in-one solution, tried and tested by experts. This is why Cellebrite introduced Cellebrite UFED 7.28—a new UFED version that fully integrates checkm8. (The solution is available in Cellebrite UFED 4PC and Cellebrite Touch 2  platforms.)

Cellebrite UFED now supports full file system extractions, which also include the keychain extraction from unlocked iOS devices (_known_ passcode or none set), and a partial file system (Before-First-Unlock) from locked devices with an _unknown_ passcode. The table below shows the supported devices and iOS versions:

**Supported devices and iOS versions – Cellebrite UFED 7.28**

| Device (SoC) | Minimum iOS version | Latest iOS version* |
| --- | --- | --- |
| **iPhone 5S (A7)** | 12.3 | 12.4.4 |
| **iPhone 6 | iPhone 6 +(A8)** | 12.3 | 12.4.4 |
| **iPhone 6S | iPhone 6S + (A9)** | 12.3 | 13.3 |
| **iPhone SE (A9)** | 12.3 | 13.3 |
| **iPhone 7 | iPhone 7+ (A10)** | 12.3 | 13.3 |
| **iPhone 8 | iPhone 8+ (A11)** | 12.3 | 13.3 |
| **iPhone X (A11)** | 12.3 | 13.3 |

*Latest iOS version verified in UFED

In the future, the latest iOS-supported version will be updated on an ongoing basis.

In order to avoid confusion with the terms "full file system" and "partial file system" (BFU), and to clarify what can be done on each device using Cellebrite UFED, we suggest using the decision flow diagram below. For locked devices with an unknown passcode, contact Cellebrite for additional support.

**Our website uses cookies**

Below is detailed information about the cookies we and our third party providers use. You can control the use of cookies through this tool (https://www.cellebrite.com/en/cookies/). To learn more, read our Privacy Notice (https://www.cellebrite.com/en/privacy-statement/)

OK

Settings

(https://www.cellebrite.com/en)



1. To verify the iPhone's model please look at the back of the device or use the IMEI in the SIM tray or Settings\General\About (if the device is unlocked)
2. If you don't know the passcode it's recommended to preform BFU

*Figure 1 Checkm8 decision diagram*

### How To Locate The New Method

For each device in the table above, we've added a new method (button) under Advanced Logical called "Full File System" (checkm8). Pressing on the button will lead you to a general instruction screen that will outline how to place the device into "Device Firmware Update" (DFU) mode.

Placing a device in DFU can prove to be a bit tricky, so follow the steps below for the iPhone versions listed. The "Continue" button will only be enabled if the device is in DFU. You can see if the attack is successful by looking at the iPhone screen to see if the Cellebrite iOS client appears.

### DFU Guide

**Our website uses cookies**

Below is detailed information about the cookies we and our third party providers use. You can control the

**iPhone 5S | iPhone 6 | iPhone 6S | iPhone 6S+ | iPhone SE**  use of cookies through this tool (https://www.cellebrite.com/en/cookies/). To learn more, read our Privacy Notice (https://www.cellebrite.com/en/privacy-statement/)

1. Place the device in recovery mode. (The Apple iTunes logo should appear.)

    OK        Settings

2. Press the "Power" button for three seconds.
3. After three seconds simultaneously hold both the Power and "Home" buttons down for an additional 10 seconds.
4. Release the Power button while holding the Home button for an additional five seconds.
5. Cellebrite UFED "Continue" should now be enabled.

### iPhone 7 | iPhone 7+

(https://www.cellebrite.com/en)

(https://www.cellebrite.com/en)

1. Place the device in recovery mode. (The Apple iTunes logo should appear.)
2. Simultaneously hold both the "Power" and "Volume-down" buttons down for 10 seconds.
3. Release the Power button while holding the Volume-down button for an additional 10 seconds.
4. Cellebrite UFED "Continue" should now be enabled.

**iPhone 8 | iPhone 8+ | iPhone X**

1. Place the device in recovery mode. (The Apple iTunes logo should appear.)
2. In the recovery screen, short-press the "Volume-up" button.
3. Short-press the "Volume-down" button.
4. Press and hold the "Side" button until the screen completely turns off.
5. Simultaneously press and hold both the Side and Volume-down buttons for five seconds.
6. Release the Side button while holding the Volume-down button for an additional 10 seconds.
7. Cellebrite UFED "Continue" should now be enabled.

**The Future of checkm8**

The checkm8 path in Cellebrite UFED is only beginning. New OS versions may require additional research and development to support them; time will tell what amount of effort will be needed. In future versions, checkm8 may allow examiners to perform deep, "selective" extractions to directly extract specific applications or files, which will save valuable time during investigations.

The future looks exciting and here at Cellebrite we promise to keep delivering the best digital intelligence tools you've come to expect. Stay tuned.

**Share this post**

Share 0    Tweet    in Share    ✉ Email (mailto:?subject=Check out this post I found on Cellebrite.com&body=https://www.cellebrite.com/en/a-practical-guide-to-checkm8/)

checkm8 and checkra1n - Full File System extractions for iOS devices

(https://www.cellebrite.com/en/checkm8-and-checkra1n-full-filesystem-extractions-for-ios-devices-business/)

**View Now**

**Our website uses cookies**

Below is detailed information about the cookies we and our third party providers use. You can control the use of cookies through this tool (https://www.cellebrite.com/en/cookies/). To learn more, read our Privacy Notice (https://www.cellebrite.com/en/privacy-statement/)

OK

Settings

checkm8 and checkra1n - Full File System extractions for iOS devices

**View Now**

(https://www.cellebrite.com/en/checkm8-and-checkra1n-full-filesystem-extractions-for-ios-devices-business/)

Follow Us


(https://www.cellebrite.com/en/)

f (https://www.facebook.com/cellebritedigitalintelligence/)

in (https://www.linkedin.com/company/cellebrite/)

(https://twitter.com/Cellebrite_UFED/)

(https://www.youtube.com/user/C

## Related Posts

March 3, 2021

## Understanding Data That is Not Parsed by Cellebrite Physical Analyzer

Read Now
(https://www.cellebrite.com/en/understanding-data-that-is-not-parsed-by-cellebrite-physical-analyzer/)

February 17, 2021

## Overview of Parsed Data in Cellebrite Physical Analyzer

Read Now
(https://www.cellebrite.com/en/overview-of-parsed-data-in-cellebrite-physical-analyzer/)

January 27, 2021

## How to Use The Project Tree and Analyzed Data in Cellebrite Physical Analyzer to Find Data Fast

Read Now
(https://www.cellebrite.com/en/how-to-use-the-project-tree-and-analyzed-data-in-cellebrite-physical-analyzer-to-find-data-fast/)

✦

(https://www.cellebrite.com/en/)

### ABOUT
### (HTTPS://WWW.CELLEBRITE.COM/EN/ABOUT/)

Careers (https://www.cellebrite.com/en/about/careers/)

CAPP (https://www.cellebrite.com/en/about/capp/)

Newsroom (https://www.cellebrite.com/en/newsroom/)

### BLOG (/BLOG/)

Webinars (/en/webinars/)

Whitepapers (/en/whitepapers/)

Case Studies (/en/case-studies/)

Events (https://www.cellebrite.com/en/events/)

### SUPPORT
### (HTTPS://WWW.CELLEBRITE.COM/EN/SUPPORT/)

Technical assistance (https://community.cellebrite.com/)

Product updates
(https://www.cellebrite.com/en/support/product-releases/)

### TRAINING
### (HTTPS://WWW.CELLEBRITE.COM/EN/ACADEMY-OVERVIEW/)

Enroll Now (http://www.cellebritelearningcenter.com/index.php)

Academy overview (https://www.cellebrite.com/en/academy-overview/)

Our trainers (https://www.cellebrite.com/en/our-trainers/)

### CONTACT
### (HTTPS://WWW.CELLEBRITE.COM/EN/CONTACT/)

Sales inquiry (https://www.cellebrite.com/en/sales-inquiry/)

Technical assistance (https://community.cellebrite.com/)

Training (https://www.cellebrite.com/en/training-sales-inquiry/)

Sign Up for Emails (https://www.cellebrite.com/en/manage-preferences/)

Our website uses cookies

Below is detailed information about the cookies we and our third party providers use. You can control the use of cookies, through the (https://www.cellebrite.com/en/cookies/). To learn more, read our Privacy Notice (https://www.cellebrite.com/en/privacy-statement/)

OK

Settings

Copyright © 2021 Cellebrite (https://www.cellebrite.com/en/copyright-statement/)

Privacy Statement (https://www.cellebrite.com/privacy-statement/)    Terms of Use (https://www.cellebrite.com/en/terms-of-use/)

Communities    Contact Support

Security

Search the user guide

Table of Contents ⊕

# Escrow keybag

The escrow keybag is used for iTunes syncing and mobile device management (MDM). This keybag allows iTunes to back up and sync without requiring the user to enter a passcode, and it allows an MDM solution to remotely clear a user's passcode. It is stored on the computer that's used to sync with iTunes or on the MDM solution that remotely manages the device.

The escrow keybag improves the user experience during device synchronisation, which potentially requires access to all classes of data. When a passcode-locked device is first connected to iTunes, the user is prompted to enter a passcode. The device then creates an escrow keybag containing the same class keys used on the device, protected by a newly generated key. The escrow keybag and the key protecting it are split between the device and the host or server, with the data stored on the device in the Protected Until First User Authentication class. This is why the device passcode must be entered before the user backs up with iTunes for the first time after a reboot.

In the case of an over-the-air (OTA) software update, the user is prompted for their passcode when initiating the update. This is used to securely create a one-time Unlock Token, which unlocks the user keybag after the update. This token can't be generated without entering the user's passcode, and any previously generated token is invalidated if the user's passcode changed.

One-time Unlock Tokens are either for attended or unattended installation of a software update. They are encrypted with a key derived from the current value of a monotonic counter in the Secure Enclave, the UUID of the keybag and the Secure Enclave's UID.

For devices with SoCs earlier than the A9, incrementing the one-time Unlock Token counter in the Secure Enclave invalidates any existing token. The counter is incremented when a token is used, after the first unlock of a restarted device, when a software update is cancelled (by the user or by the system) or when the policy timer for a token has expired.

On A9 (and newer) SoCs, one-time Unlock token no longer relies on counters or Effaceable Storage. Instead, it's protected by Secure Enclave controlled anti-replay nonce.

The one-time Unlock Token for attended software updates expires after 20 minutes. Prior to iOS 13, this token is exported from the Secure Enclave and is written to Effaceable Storage. A policy timer increments the counter if the device hasn't rebooted within 20 minutes. In iOS 13 and iPadOS 13.1, the token is stored in a locker protected by the Secure Enclave.

Unattended software updates occur when the system detects an update is available and:

- Automatic updates are configured in iOS 12 (or later)

or

- The user chooses "Install Later" when notified of the update

After the user enters their passcode, a one-time Unlock Token is generated and can remain valid in Secure Enclave for up to 8 hours. If the update hasn't yet occurred, this one-time Unlock Token is destroyed on every lock and recreated on every subsequent unlock. Each unlock restarts the 8-hour window. After 8 hours a policy timer invalidates the one-time Unlock Token.

See also

Keychain data protection overview

Data Protection classes

iCloud Drive

Helpful?    Yes    No

‹ Previous
Backup keybag

Next ›
iCloud Backup keybag

 Support › Apple Platform Security › Escrow keybag

Copyright © 2021 Apple Inc. All rights reserved.
Privacy Policy | Terms of Use | Sales and Refunds | Site Map

New Zealand

# EXHIBIT C

20-CR-40068-HLT-ADM

AFFIDAVIT OF MICHELE BUSH

*Redacted Example GrayKey Report*

 GRAYSHIFT

# **GrayKey Extraction Report**



GrayKey Serial #: ███████
GrayKey Software: ███████████████
Report generation time: ████████████

## Target Device Information

| | |
|---|---|
| Unique Device ID (UDID) | ██████████████████████ |
| Unique Chip ID (ECID) | ████████████ |
| IMEI | ████████████ |
| Phone Number | █████████ |
| Device Name | ████ iPhone X |
| iOS Version | 12.2███ |
| Device Model | iPhone X ██████████ |
| Filesystem Size | 50.36G (54073401344 bytes) |

## Event Log

2019-05-16 17:46:38 UTC: Initial access started.

2019-05-16 18:00:08 UTC: Initial access succeeded.

2019-05-16 18:00:09 UTC: Connected to on-device agent.

2019-05-16 18:00:11 UTC: Enabled Airplane mode. Previous value: on

2019-05-16 18:00:11 UTC: Disabled WiFi. Previous value: off

2019-05-16 18:00:11 UTC: Target device unlocked.

2019-05-16 18:00:11 UTC: Process memory extraction started.

2019-05-16 18:04:35 UTC: Process memory extraction complete. Result:  Success

2019-05-16 18:04:35 UTC: Filesystem extraction started.

2019-05-16 19:02:55 UTC: Filesystem extraction complete. Result:  Success

2019-05-16 19:02:55 UTC: Keychain extraction started.

2019-05-16 19:02:56 UTC: Keychain extraction complete. Result:  Success

2019-05-16 19:03:01 UTC: On-device agent uninstalled.

2019-05-16 19:42:57 UTC: Extraction report generated.

## Extraction Result Summary

All hashes are SHA256

| | |
|---|---|
| Full Filesystem size | 56.26G (60404411974 bytes) |
| Full Filesystem Hash | ███████████████████████ |
| Process memory size | 7.43G (7982284800 bytes) |
| Process memory Hash | ███████████████████████ |
| Keychain Summary | 160 Keys, 10 Certificates, 102 Internet passwords, 994 General passwords |
| Keychain Hash | ████████████████████ |